No. 74–1045. Moss et al. v. Federal Power Commission. C. A. D. C. Cir. Certiorari denied. The Chief Justice and Mr. Justice Blackmun would grant certiorari. Mr. Justice Stewart and Mr. Justice Powell took no part in the consideration or decision of this petition. Reported below: 164 U. S. App. D. C. 1, 502 F. 2d 461.